THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 14-CR-30145-DRH |
| ) | |
| PAMELA DENISE ROBTOY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

Comes now Stephen R. Wigginton, United States Attorney for the Southern District of Illinois through Norman R. Smith, Assistant U.S. Attorney for this District and herewith enter into the following Stipulation of Facts with the defendant, Pamela Denise Robtoy, represented by her attorney Michael S. Ghidina, pertaining to the relevant conduct of the defendant within the scope of U.S.S.G. §1B1.3.

1. The U.S. Marshals Survivors Benefit Fund is a private nonprofit corporation formed exclusively for charitable and educational disbursements of its funds to the surviving family members of active United States Marshals, Deputy U.S. Marshals, Marshals Service employees, and Special Deputy U.S. Marshals who are killed in the line of duty.

2. The BackStoppers, Inc. is an organization that provides financial assistance and other assistance to the families of deceased police officers, firefighters and publicly funded paramedics or EMTs that are killed in the line of duty.

3. The Annual John Perry Golf Benefit Tournament was a charitable benefit held annually to remember Deputy U.S. Marshal John Brookman Perry, who was killed in the line of

duty on Tuesday, March 8, 2011. The proceeds from the 2013 charity event were to benefit the U.S. Marshals Survivors Benefit Fund and The BackStoppers, Inc.

4. Pamela Denise Robtoy handled the collection of funds for the 3rd Annual John Perry Golf Benefit held October 11, 2013 at Stonewolf Golf Club, Fairview Heights, Illinois, which included registration fees that were sent and received through the United States mail. It was part of the scheme that Pamela Denise Robtoy directed that contributions should be mailed to Pamela Denise Robtoy's residence in Edwardsville, Illinois. Persons contributing money and/or paying registration fees for the charitable event were advised to write their checks to "John Perry Benefit Fund" and that the proceeds from the charitable event were to benefit the U.S. Marshals Survivors Benefit Fund and The BackStoppers, Inc. The contributions were thereby partially tax deductible as charitable contributions.

5. Pamela Denise Robtoy started collecting charitable contributions for the event in approximately July 2013. Beginning in July 2013 and continuing through May 2014, Pamela Denise Robtoy used John Perry Benefit Fund money for personal expenses and transferred funds from the John Perry Benefit Fund into her personal account. Pamela Denise Robtoy continued to solicit charitable contributions to be mailed to her residence knowing that she was diverting a portion of the charitable contributions for her personal use.

6. On April 25, 2014, Pamela Denise Robtoy sent an email to a member of the United States Marshals Service falsely representing that the checks to the U.S. Marshals Survivors Benefit Fund and The BackStoppers, Inc. were in the mail. After sending the email, Pamela Denise Robtoy continued to deplete the remaining funds of the John Perry Benefit Fund through purchases at The Limited, Ann Taylor, a $1,950 transfer into her personal checking

account, as well as other personal purchases. Overdraft charges consumed the remainder of the money in the John Perry Benefit Fund account.

7. In or around October 2013, in Madison and St. Clair County within the Southern District of Illinois, Pamela Denise Robtoy for purposes of executing, and attempting to execute the scheme and artifice to defraud knowingly received through the United States mail, funds for the 3rd Annual John Perry Golf Benefit and thereafter used the proceeds received for the charitable event for personal purposes and not for the benefit of the U.S. Marshals Survivors Benefit Fund and The BackStoppers, Inc. as represented to the contributors.

8. On or about April 25, 2014, in Madison and St. Clair County within the Southern District of Illinois, Pamela Denise Robtoy, for purposes of continuing the scheme and to avoid detection of her scheme to defraud, knowingly sent a wire communication in interstate commerce, that is an email sent via the Internet to a Deputy United States Marshal who was inquiring about the status of the collected funds and whether the checks to the U.S. Marshals Survivors Benefit Fund and The BackStoppers, Inc. had cleared. To perpetuate her scheme and to avoid detection of her scheme, Pamela Denise Robtoy falsely indicated to the Deputy United States Marshal that the checks had been issued but a stop payment was put on the checks when the checks did not clear. Pamela Denise Robtoy also falsely represented that the checks had been reissued on April 23, 2014.

9. The following funds were collected for the John Perry Benefit and were taken fraudulently by Pamela Denise Robtoy:

| John Perry Benefit Donations | John Perry Benefit Expenses | Bank Service Charge | $ Paid Back or Purchases Returned Then Spent Again |
|---:|---:|---:|---:|
| 340.00 | 500.00 | 3.00 | 198.24 |
| 2,500.00 | 400.00 | 12.00 | 1,000.00 |
| 2,700.00 | 9,739.66 | 78.00 | 49.04 |
| 9,870.00 | 525.21 | 13.20 | 1,480.53 |
| 14,227.00 | 15.03 | 3.00 | 155.00 |
| 200.00 | 254.07 | | 76.86 |
| - | - | | - |
| **29,837.00** | **11,433.97** | **109.20** | **2,959.67** |

| | |
|---|---:|
| JPB Donations | 29,837.00 |
| JPB Expenses | (11,433.97) |
| Bank Fees | (109.20) |
| **Money Stolen** | **18,293.83** |

SO STIPULATED:

STEPHEN R. WIGGINTON
United States Attorney

_____
PAMELA DENISE ROBTOY
Defendant

_____
NORMAN R. SMITH
Assistant United States Attorney

_____
MICHAEL S. GHIDINA
Attorney for Defendant

Date: 5/13/2015          Date: 5/13/2015

4